

# Fourth Court of Appeals
## San Antonio, Texas

December 3, 2015

No. 04-15-00559-CR

Tyler Keith **ZIEGLER**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 399th Judicial District Court, Bexar County, Texas
Trial Court No. 2014CR4425
Honorable Ray Olivarri, Judge Presiding

# O R D E R

    The notification of late notice requesting more time to file the reporter's record is GRANTED. The reporter's record must be filed no later than December 8, 2015.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

    IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 3rd day of December, 2015.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court